38487. Joanna Price, appellee v. Dot's Super Market, Inc., appellant. Montgomery County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, O'Neill, Griffith and Gibson, JJ., concur. Matthias and Herbert, JJ., dissent.

38548 and 38549. In re Appropriation for Highway Purposes: P. E. Masheter, Dir. of Hwys., appellant v. Elmer A. Huysman et al., appellees. Hancock County. Appeals from the Court of Appeals. Judgments reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

38615 and 38616. Oswald Ross et al., appellants v. Willie Nutt, appellee. Lucas County. Appeals from the Court of Appeals. Judgments affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39075. Ralph T. Balsly, Bldg. Inspector, appellee v. Emile F. Clennin et al., appellants. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Zimmerman, Matthias, O'Neill, Griffith and Gibson, JJ., concur.

39084. In re Estate of Noah Schifferly. Paulding County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39109. Clara Samad, appellant v. The John Shillito Corp., appellee. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39110. William Samad, appellant v. The John Shillito Corp., appellee. Hamilton County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39119. The State of Ohio, appellee v. John P. O'Connor, appellant. Lucas County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith, Herbert and Gibson, JJ., concur.

39122. Frederick J. Rayburn, appellant v. Fred G. Hansen, appellee. Lucas County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, O'Neill, Griffith, Herbert and Gibson, JJ., concur.